PER CURIAM.
Affirmed. See: United Service Corporation v. Vi An Construction Corp., 77 So.2d 800 (Fla.1955); Lehman v. Goldin, 160 Fla. 710, 36 So.2d 259 (1948); Moore v. Hunter, 153 Fla. 158, 13 So.2d 909 (1943); Meola v. Sparks, 138 Fla. 364, 189 So. 408 (1939); Welch v. Point of Americas Condominium Apartments, Inc., 373 So.2d 60 (Fla. 4th DCA 1979); Continental Development Corporation of Florida v. Duval Title and Abstract Co., 356 So.2d 925 (Fla. 2d DCA 1978); Susman v. Schuyler, 328 So.2d 30 (Fla. 3d DCA 1976); DeCamp v. Allen, 156 So.2d 661 (Fla. 1st DCA 1963); Compare: Bauer v. Kaplan, 233 So.2d 430 (Fla. 3d DCA 1970).